UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| CRUISE AMERICA ASSOCIATES, LLC; CRUISE VENTURES, INC., and WILLIAM B. MOLLARD, INC., <br><br> Plaintiffs, <br> v. <br><br> ABSOLUTE NEVADA, LLC; DELOS SHIPPING, LLC; DELOS CRUISE VENTURES, LLC; VICKY L. PORTER-HOFFMAN; BRIAN LADIN; and INSTITUTE FOR SHIPBOARD EDUCATION, <br><br> Defendants. | CASE NO. 22-cv-60094-AHS |

## JOINT STATUS REPORT

COME NOW Plaintiffs, CRUISE AMERICA ASSOCIATES, LLC; CRUISE VENTURES, INC. and WILLIAM B. MOLLARD, INC. ("Plaintiffs" or "Claimants"); Defendants, ABSOLUTE NEVADA, LLC; DELOS SHIPPING, LLC; VISER CRUISE OPCO, LLC f/k/a DELOS CRUISE VENTURES, LLC; VICKY L. PORTER-HOFFMAN; BRIAN LADIN; and THE INSTITUTE FOR SHIPBOARD EDUCATION ("Defendants" or "Respondents"), by and through their undersigned counsel, pursuant to the Court's Order dated May 19, 2023 [D.E. 25] and submits the following status report regarding the arbitrations:

1. New York:

The Parties are currently waiting for a decision from the Panel. Two arbitrations are pending in New York, (a) one in which Claimants seek to recover commissions allegedly due on the sale of the Vessel DEUTSCHLAND pursuant to a Commission Agreement dated May 15, 2017 and (b) one in which Claimants seek to recover commissions allegedly due on payments of charter

hire made or to be made under a charter party of the Vessel between Respondents Absolute Nevada, LLC and the Institute for Shipboard Education dated May 20, 2015.  The same arbitrators, initially sitting as two separate panels, have been empaneled to hear and decide both arbitrations.  In an email from the Panel Chair on September 12, 2023, the arbitrators ruled that the two arbitrations would be consolidated procedurally for purposes of discovery and the conduct of the evidentiary hearing but the arbitrators would "evaluate each claim separately in the context of the arbitration in which it was originally asserted and issue separate rulings on each claim, each under the caption of the arbitration in which it was originally asserted."

The arbitrators held a scheduling conference with counsel for all parties on April 16, 2024, and then issued a schedule which was adhered to as follows:

a.  Counsel gave notice by August 30, 2024 of all witnesses (other than rebuttal witnesses) whose testimony they intended to call at the evidentiary hearings.

b.  Counsel transmitted to opposing counsel and to the Panel opening briefs setting forth their clients' positions in the two arbitrations on October 7, 2024.

c.  Witness statements of the Claimants' witnesses, setting forth their direct testimony, together with all supporting Exhibits and any other Exhibits that Claimants intended to offer and said statements were transmitted by counsel for the Respondents on October 7, 2024.

d.  Witness statements of the Respondents' witnesses, setting forth their direct testimony, together with all supporting Exhibits and other Exhibits were transmitted by Respondents on October 21, 2024.

e.  Hearings for the Claimants to present their witnesses for cross-examination were held on October 22-23, 2024.

      f. Hearings for the Respondents to present their witnesses for cross-examination were held on November 5-6, 2024.

      g. The final claim and defense submissions were due to the Panel on or before 6 pm New York time on January 13, 2025.

      h. The final reply submissions were due to the Panel on or before 6 pm New York time on February 3, 2025.

      j. The Parties are currently waiting for a decision from the Panel.

  2. London Arbitration:

This proceeding involves claims for charter hire commissions with respect to a Phoenix Reisen ("PR") charter party.  The London arbitration is proceeding.  All submissions have been served.

      a. Claimants continue to request a stay in the London arbitration pending the resolution of the New York arbitration.  Respondents continue to object to a stay of the London arbitration.

      b. Respondents filed their defense submission.

      c. On February 19, 2025, the Tribunal advised that it has published its partial final award on jurisdiction.  The award has been collected.

      d. According to the Tribunal, the Claimants effectively conceded that they have no case against the Second, Fourth Fifth or Sixth Respondents, namely Delos Shipping LLC, Vicky L. Porter-Hoffman, Brian Ladin and Institute for Shipboard Education.

      e. The Tribunal dismissed the Claimants' claims against Delos Cruise Ventures/Viser for unpaid charter commission under the PR charter stating "[t]he Claimants have not asserted any viable basis on which the Third and Seventh Respondents might be bound by the arbitration agreement in the Charter, to which they are not a party nor a named beneficiary. Whether there is

some basis in US Federal or State law under which the Third and/or Seventh Respondents might be held liable to the Claimants is not a matter for this tribunal and it has no jurisdiction in relation to such a claim."

f. The London arbitration will proceed against Absolute Nevada for unpaid commission under the PR charter.

g. As this federal court case remains stayed, Claimants will bring claims for unpaid charter commission in connection with the PR charter against Delos Cruise Ventures/Viser in federal court once the New York panel issues its award.

h. Delos Cruise Ventures/Viser disputes any basis for claims against it in relation to the PR charter.

Dated: May 16, 2025

Respectfully submitted,

/s/Michael T. Moore_____
Michael T. Moore, Esq.
Florida Bar No. 207845
Email: michael@moore-and-co.com
MOORE & COMPANY, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
*Counsel for Plaintiff*

/s/Allan R. Kelley_____
Allan R. Kelley
Fla. Bar No. 309893
Email: akelley@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 South Biscayne Boulevard, 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 16, 2025, this document was served on all counsel of record as it was electronically filed with the Clerk of the Court using the Court's electronic filing system, CM/ECF.

/s/Michael T. Moore_____
Michael T. Moore, Esq.